William C. Neasham, CSB #72078
Patricia Kramer, CSB #155484
Chad Vierra, CSB #255801
NEASHAM & KRAMER LLP
340 Palladio Parkway, Suite 535
Folsom, California 95630
Tel: (916) 853-8030; Fax: (916) 853-8039
pkramer@neashamlaw.com

Attorneys for Plaintiff
NICOLE RILEY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE RILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY LOWELL HOFF<br><br>    Defendant. | Case No. 2:23-cv-02600-JAM-CKD<br><br>**ORDER AUTHORIZING SERVICE OF SUMMONS BY PUBLICATION**<br>**(ECF No. 8)** |

The Application of Plaintiff Nicole Riley for an Order Authorizing Publication of Service of the Summons in the instant matter was duly submitted and considered by the Court.

Having reviewed the papers filed in support of the motion and finding that Plaintiff has exhausted all reasonable means of serving Defendant Randy Hoff with the Summons, Complaint and related documents issued by the Court with the Summons and

GOOD CAUSE APPEARING THEREFOR, THE COURT HEREBY ORDERS AND AUTHORIZES Plaintiff Nicole Rile to publish the Summons in <u>The Record-Courier</u>, located at 1503 Highway 365 N., Suite G, Gardnerville, NV 89410 or in the alternative, in another paper of general circulation in the Gardnerville, Nevada area, which is most likely to give actual notice to the party to be served.

Publication is to be made at least once (1) a week for three (3) successive weeks. A copy of the notice must also be mailed to every defendant who cannot be personally served but whose place of residence is then known.

Service of publication is complete on the date of the last publication. The Plaintiff's attorney must prove publication and mailing by a certificate, attach a printed copy of the published notice, and mark on the copy the newspaper's name and the dates of publication.

The Order to Show Cause at ECF No. 6, is hereby **DISCHARGED**.

Dated: March 18, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE